UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JULIAN R. HOOD, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | File No. 1:16-cv-400 |
| v. ) | |
| ) | HON. PAUL L. MALONEY |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the Memorandum Opinions entered by this Court:

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Defendants because Plaintiff's claims are barred by claim preclusion.

.

Dated: July 21, 2017          /s/ Paul L. Maloney
                                           PAUL L. MALONEY
                                           UNITED STATES DISTRICT JUDGE